**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-1679**

NANCY C. PEREZ,

Plaintiff - Appellant,

v.

SOUTH CAROLINA DEPARTMENT OF LABOR LICENSING AND
REGULATION; DIRECTOR HOLLY GILLESPIE PISARIK, in her official and
personal capacities,

Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at
Columbia.  Joseph F. Anderson, Jr., Senior District Judge.  (3:17-cv-03187-JFA)

Submitted:  October 23, 2018                          Decided:  October 25, 2018

Before NIEMEYER, KING, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Nancy C. Perez, Appellant Pro Se.  Eugene Matthews, RICHARDSON PLOWDEN &
ROBINSON, PA, Columbia, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Nancy C. Perez appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on her 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we deny Perez's motion for leave to file electronically and affirm for the reasons stated by the district court. *Perez v. S.C. Dep't of Labor Licensing & Regulation*, No. 3:17-cv-03187-JFA (D.S.C. June 1, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
